UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**VII PEAKS CO-OPTIVIST**  **CIVIL ACTION**
**INCOME BDC II, INC.**

**VERSUS**  **NO. 22-176-JWD-SDJ**

**ANSGAR MEDIA, LLC, et al.**

---

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on April 12, 2022.

*[signature]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**VII PEAKS CO-OPTIVIST**  **CIVIL ACTION**
**INCOME BDC II, INC.**

**VERSUS**  **NO. 22-176-JWD-SDJ**

**ANSGAR MEDIA, LLC, et al.**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is an ex parte Motion to Remand (R. Doc. 3) filed by the removing Defendants. Defendants ask the Court to vacate their Notice of Removal (R. Doc. 1) and remand this cause of action to state court.

Defendants filed their Notice of Removal (R. Doc. 1) on March 14, 2022, claiming this Court had subject matter jurisdiction based on diversity of citizenship, 28 U.S.C. § 1332 (diversity jurisdiction). Since then, Defendants have learned that a member of Defendant Ansgar Media, LLC, a limited liability company, is a citizen of Maryland (R. Doc. 3 at 2-3). *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008) ("[T]he citizenship of a LLC is determined by the citizenship of all of its members."). Because Plaintiff is also a citizen of Maryland, complete diversity does not exist. And so, Defendants move to remand this cause of action. Plaintiff does not oppose the ex parte Motion to Remand (R. Doc. 3 at 3).

Because complete diversity does not exist between the parties, the Court **RECOMMENDS** that Defendants' ex parte Motion to Remand (R. Doc. 3) be **GRANTED** and that this cause of action be **remanded** to the 20th Judicial District Court for the Parish of East Feliciana.

Signed in Baton Rouge, Louisiana, on April 12, 2022.

                                            *Scott Johnson*
_____
 **SCOTT D. JOHNSON**
 **UNITED STATES MAGISTRATE JUDGE**