**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**VII PEAKS CO-OPTIVIST**
**INCOME BDC II, INC.**

                                                          **CIVIL ACTION**

**VERSUS**

                                                          **NO. 22-176-JWD-SDJ**

**ANSGAR MEDIA, LLC, et al.**

<u>**RULING AND ORDER**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 12, 2022, (Doc. 4), to which no objection was filed;

**IT IS ORDERED** that Defendants' ex parte Motion to Remand (Doc. 3) is **GRANTED**, and this cause of action is remanded to the 20th Judicial District Court for the Parish of East Feliciana.

Signed in Baton Rouge, Louisiana, on <u>April 27, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

20th JDC- Certified